NEW ORLEANS CANAL AND BANKING COMPANY *v.* WILLIAM BAILEY.

The possession of a negotiable promissory note is prima facie evidence of ownership.

APPEAL from the Fourth District Court of New Orleans, *Theard,* J. *Sullivan, Billings & Hughes,* for appellant. *Hyman & Jonas,* for appellee.

HYMAN, C. J. On the 4th day of January, 1858, the defendant gave to W. & D. Urquhart six notes of hand, payable to his own order, and by him endorsed in blank.

He also gave a mortgage on certain property to secure the payment of the notes, and agreed, in the act of mortgage, that should it become necessary to institute legal proceedings, for the recovery of the amount of the notes or any part thereof, he would pay the attorney's fee, who might be employed for that purpose by any holder of the notes.

Plaintiff became the owner of two notes, and brought suit against defendant, asking judgment for the amount of the notes, the interest thereon, and the fees of the attorney employed by plaintiff to institute the suit to recover the amount of the notes and interest.

Plaintiff also asked that the mortgage be recognized, and declared executory in its favor.

The District Judge rendered judgment as asked for, and defendant has appealed.

On the trial of the case in the District Court, the plaintiff adduced as evidence to sustain his claim, the notes with their endorsement, and the act of mortgage.

This evidence entitled plaintiff to the judgment asked for. No evidence was introduced by the defendant.

Let the judgment of the District Court be affirmed, the appellant to pay costs of appeal.